# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00529-CV

**American Contractors Indemnity Company d/b/a Texas Bonding Company, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 10-376-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In this restricted appeal from a default judgment for bail bond forfeiture, the parties have filed a Rule 11 Agreement to dispose of the forfeiture with the trial court. *See* Tex. R. Civ. P. 11. Appellant American Contractors Indemnity Company d/b/a Texas Bonding Company has filed an unopposed motion to abate the appeal to permit proceedings in the trial court to effectuate the parties' agreement. Accordingly, we grant the motion and abate the appeal. *See* Tex. R. App. P. 42.1(a)(2)(C). All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated on March 30, 2011. The parties are directed to file either a status report or a motion to dismiss by that date.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Abated

Filed:   January 19, 2011